**Jorge Alberto DIAZ–MARTINEZ,**
**Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney**
**General, Respondent.**

No. 11–72339.

United States Court of Appeals,
Ninth Circuit.

Submitted April 22, 2015.*

Filed April 27, 2015.

Jorge Alberto Diaz–Martinez, Palmdale,
CA, pro se.

Hector Ricardo Ortega, Ortega, Canossa
& Associates, PLC, Los Angeles, CA, for
Petitioner.

Nancy Naseem Safavi, Trial, OIL, U.S.
Department of Justice, Washington, DC,
Chief Counsel ICE, Department of Home-
land Security, San Francisco, CA, for Re-
spondent.

Before: GOODWIN, BYBEE, and
CHRISTEN, Circuit Judges.

* The panel unanimously concludes this case is
suitable for decision without oral argument.
*See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Jorge Alberto Diaz–Martinez, a native
and citizen of El Salvador, petitions for
review of the Board of Immigration Ap-
peals' ("BIA") order dismissing his appeal
from an immigration judge's decision de-
nying his application for asylum, withhold-
ing of removal, and protection under the
Convention Against Torture ("CAT"). We
have jurisdiction under 8 U.S.C. § 1252.
We review for substantial evidence the
agency's factual findings, *Rahimzadeh v.*
*Holder,* 613 F.3d 916, 920 (9th Cir.2010),
and we deny the petition for review.

The record does not compel the conclu-
sion that Diaz–Martinez established the
government of El Salvador is unwilling or
unable to control the street gangs he fears.
*See id.* at 920 (an applicant for asylum and
withholding of removal bears the burden of
establishing that the government would be
unwilling or unable to prevent his persecu-
tion); *see also Nahrvani v. Gonzales,* 399
F.3d 1148, 1154 (9th Cir.2005) (record does
not compel a contrary conclusion where
"reasonable minds could differ"). Thus,
Diaz–Martinez's asylum and withholding of
removal claims fail.

Substantial evidence supports the BIA's
denial of CAT relief because Diaz–Mar-
tinez did not establish it is more likely
than not he would be tortured by the
government of El Salvador or with its
consent or acquiescence. *See Silaya v.*
*Mukasey,* 524 F.3d 1066, 1073 (9th Cir.
2008).

**PETITION FOR REVIEW DENIED.**

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.